435 A.2d 1333

Commonwealth v. Rouck, Appellant.

Submitted September 11, 1980. Michael R. Muth, Public Defender, for appellant; Ralph A. Matergia, Assistant District Attorney, for Commonwealth, appellee.

536

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.